IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-po-01008-MEH

UNITED STATES OF AMERICA,

    Plaintiff,
v.

PAGE PENK,

    Defendant.

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b)(1), a Magistrate Judge shall disqualify himself under the following circumstance:

> Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

This case centers on alleged conduct of Mr. Penk as he was entering the federal courthouse on August 22, 2007 to file a pleading in the case captioned *Penk v. Huber*, 07-cv-00607-WYD-MEH, a case assigned to the undersigned judicial officer. Several of this chamber's staff watched certain portions of the confrontation between Mr. Penk and court security officers. Later that day, Mr. Penk telephoned this chambers to discuss how to file the above-mentioned pleadings. Also around that time, the undersigned judicial officer engaged in several phone calls with Mr. Penk (one quite lengthy, perhaps an hour) concerning the possibility of settlement in Civil Action No. 07-cv-00607-WYD-MEH. As might be expected, this conversation included a broad range of topics, some of which included Mr. Penk's past. After this conversation, the case did not settle, and on September 17, 2007, the undersigned judicial officer issued a recommendation in Civil Action No. 07-cv-00607-WYD-MEH on the defendant's motion to dismiss, recommending that the case be dismissed and that

Mr. Penk be barred from filing further civil lawsuits unless he comply with certain requirements (a precedent set by *Ketchum v. Cruz*, 775 F. Supp. 1399, 1406-08 (D. Colo. 1991), *aff'd*, 961 F.2d 916, 921 (10th Cir. 1992)). The district court adopted this recommendation in whole on October 3, 2007 and dismissed the case. Shortly after this Court's Recommendation was issued, Mr. Penk left a voice message for the undersigned judicial officer in which he expressed, in no uncertain terms, his feelings concerning the Recommendation and the undersigned.

Although I hold no personal bias or prejudice concerning Mr. Penk, I have personal knowledge of events underlying this lawsuit and have had close professional contact with Mr. Penk. Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 31st day of January, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge